JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERESA L. EVANS-SAMPLE, | Case No. 2:20-cv-00342-RFB-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 11, 2020 through and including **April 10, 2020**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 18th day of March, 2020.

| | | |
|---|---|---|
| 1 | | |
| 2 | CLARK HILL PLLC | *No opposition* |
| 3 | By: /s/Jeremy J. Thompson | /s/ David H. Krieger |
| 4 | Jeremy J. Thompson<br>Nevada Bar No. 12503 | David H. Krieger, Esq.<br>Nevada Bar No. 9086 |
| 5 | 3800 Howard Hughes Pkwy,<br>Suite 500 | KRIEGER LAW GROUP<br>2850 W. Horizon Ridge Blvd. |
| 6 | Las Vegas, NV 89169 | Suite 200 |
| 7 | Tel: (702) 862-8300<br>Fax: (702) 862-8400 | Henderson, NV 89052<br>Phone: (702) 848-3855 |
| 8 | Email: jthompson@clarkhill.com | Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com |
| 9 | *Attorney for Defendant Equifax Information Services LLC* | *Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 3-19-2020

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 18th day of March, 2020, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
KRIEGER LAW GROUP
2850 W. Horizon Ridge Blvd.
Suite 200
Henderson, NV 89052
dkrieger@kriegerlawgroup.com

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com